STATE of Missouri, Respondent,

v.

Phillip M. WARREN, Appellant.

No. WD 70278.

Missouri Court of Appeals, Western District.

Feb. 9, 2010.

Craig A. Johnston, Columbia, MO, for Appellant.

Chris Koster, Mary H. Moore, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., LISA WHITE HARDWICK, and CYNTHIA L. MARTIN, JJ.

ORDER

PER CURIAM:

Mr. Phillip Warren appeals a conviction for the sale of a controlled substance near a school, section 195.214. He argues that it was prejudicial error for the State's informant-witness to testify about the reason for leaving Columbia, Missouri, and

that the State failed to prove an essential element of the crime.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).